## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

SHAWN STRICKLAND,                               )
                                                )
                    Plaintiff,                  )       Case No. 1:21-cv-01449-MN
                                                )
        v.                                      )
                                                )
VINE ENERGY INC., ERIC MARSH, III,              )
ANGELO ACCONCIA, H. PAULETT                     )
EBERHART, DAVID FOLEY, JOHN H.                  )       JURY TRIAL DEMANDED
LEE, and CHARLES M. SLEDGE,                     )
                                                )
                    Defendants.                 )
                                                )
                                                )
                                                )
                                                )

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action").  Defendants

have neither served an answer or a motion for summary judgment in the Action.

Dated:  January 31, 2022                    **LONG LAW, LLC**

                                    By:   */s/ Brian D. Long*
                                          Brian D. Long (#4347)
                                          3828 Kennett Pike, Suite 208
                                          Wilmington, DE 19807
                                          Telephone: (302) 729-9100
                                          Email: BDLong@longlawde.com

                                          *Attorneys for Plaintiff*